Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Hoffman, Nicolas

Printed: 03/17/09

Case Number: 08 B 12355
Judge: Goldgar, A. Benjamin
Filed: 5/15/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 3, 2009
Confirmed: August 5, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 450.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 420.60 |
| Trustee Fee: |  | 29.40 |
| Other Funds: |  | 0.00 |
| Totals: | 450.00 | 450.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,794.00 | 420.60 |
| 2. | Illinois Dept Of Healthcare And Family | Priority | 5,845.26 | 0.00 |
| 3. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 4. | Sprint Nextel | Unsecured | 75.67 | 0.00 |
| 5. | Numark Credit Union | Unsecured | 1,474.89 | 0.00 |
| 6. | Sallie Mae | Unsecured | 153.40 | 0.00 |
| 7. | Sallie Mae | Unsecured | 783.99 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 39.93 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 323.50 | 0.00 |
| 10. | BP Oil Co | Unsecured |  | No Claim Filed |
| 11. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 12. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 13. | Gayle Phelps | Unsecured |  | No Claim Filed |
| 14. | United Consumer Financial Srv | Unsecured |  | No Claim Filed |
| 15. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 16. | H&F Law | Unsecured |  | No Claim Filed |
|  |  |  | $ 12,490.64 | $ 420.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 19.50 |
| 6.6% | 9.90 |
|  | $ 29.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hoffman, Nicolas | Case Number:  08 B 12355 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 03/17/09 | Filed:  5/15/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*